Name: ERICA MONTGOMERY
Mailing Address: 2440 Sanborn Dr
Sedona, AZ 86336
Daytime Telephone No.: 602.677.5595
Representing Self, without a Lawyer
With Assistance of: CHRIS MAGIS NERO, Private Attorney General
Per Article IV, Section 4 – U.S. Constitution

FILED ✓   LODGED ___
RECEIVED ___   COPY ___
MAY 2 7 2025
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA – PRESCOTT DIVISION

Case No: **CR25-08084-PCT-GMS**

THE STATE OF ARIZONA,
Plaintiff(s),

vs.

ERICA ANN MONTGOMERY,
Defendant(s).

**EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

COMES NOW We the People, by and through Erica Ann Montgomery, the living woman and secured party in trust, assisted by Chris Magis Nero, Private Attorney General and fiduciary discharge administrator, invoking rights protected under the Constitution, trust law, and commercial remedy provisions in equity. This emergency motion is tendered to halt unlawful state action and preserve the dignity and sovereignty of the People.

I. GROUNDS FOR RELIEF

This motion is made on the grounds that:

1. The State Court continues to unlawfully prosecute a matter that has been discharged by lawful federal instruments (IRS Forms 1099-A, 1099-OID).

2. The presiding judge, Krista M. Carman, has refused to issue the required IRS Form 1099-B or acknowledge the fiduciary discharge on file.

3. The Defendant is being deprived of due process and commercial remedy under federal law.

## II. LEGAL AUTHORITY

This Court has jurisdiction under 28 U.S.C. §§ 1441, 1443, and 1446. Immediate injunctive relief is proper under Rule 65 where the moving party has shown likelihood of success, irreparable harm, and absence of an adequate remedy at law.

## III. RELIEF REQUESTED

The Defendant respectfully requests:

1. An immediate Temporary Restraining Order enjoining all actions in state court.
2. A Preliminary Injunction pending this Court's full adjudication.
3. Recognition and enforcement of the commercial discharge and fiduciary remedy already on file.

## JUDICIAL NOTICE

Defendant hereby gives notice that the refusal by state officials to acknowledge federally tendered commercial instruments constitutes:

- Tax evasion (26 U.S.C. § 7201),
- Obstruction of commerce (15 U.S.C. §§ 1, 2),
- Denial of constitutional protections under the 5th, 6th, and 14th Amendments.

Respectfully submitted,

By: _____
Erica Ann Montgomery, In Propria Persona

By: _____
Chris Magis Nero, Private Attorney General
Special Counsel & Trust Executor

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached Filing Packet, including the Notice of Removal and State Filing Notice, was served on May 23, 2025, via personal delivery or U.S. Mail to the following parties:

- Clerk of Court, Yavapai County Superior Court

2840 Commonwealth Drive

Camp Verde, Arizona 86322

- Office of the Prosecutor

Yavapai County Attorneys Office

- Clerk of the Court

United States District Court

Prescott Division – District of Arizona

By: _____
Erica Ann Montgomery, In Propria Persona

By: _____
Chris Magis Nero, Private Attorney General

Name: ERICA MONTGOMERY
Mailing Address: 2440 Sanborn Dr
Sedona, AZ 86336
Daytime Telephone No.: 602.677.5595
Representing Self, without a Lawyer
With Assistance of: CHRIS MAGIS NERO, Private Attorney General
Per Article IV, Section 4 – U.S. Constitution

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA – PRESCOTT DIVISION

| | |
|---|---|
| THE STATE OF ARIZONA,<br>Plaintiff(s),<br><br>vs.<br><br>ERICA ANN MONTGOMERY,<br>Defendant(s). | Case No:<br>NOTICE OF REMOVAL<br>TO FEDERAL COURT<br>PURSUANT TO 28 U.S.C. §§<br>1441, 1443, 1446 |

COMES NOW, Erica Ann Montgomery, in propria persona, by and through lawful assistance of Private Attorney General and Special Counsel, Chris Magis Nero, and pursuant to 28 U.S.C. §§ 1441, 1443, and 1446, respectfully submits this Notice of Removal of the action from the Yavapai County Superior Court, Arizona, Case No. S1300CR202380567, to the United States District Court for the District of Arizona.

**GROUNDS FOR REMOVAL:**

1. Violation of Constitutional Rights under 28 U.S.C. § 1443(1) including due process, fair trial, and discharge remedy rights.

2. Federal Question Jurisdiction under 28 U.S.C. § 1331 involving 15 U.S.C. §§ 1, 2, and 26 U.S.C. § 7201.

3. Fiduciary dishonor and commercial remedy obstruction.

4. Conflict with federal interests, with state actors operating in bad faith under color of law.

**RELIEF REQUESTED:**

- Acceptance of jurisdiction by this federal court.
- Immediate stay of state proceedings.
- Recognition of the discharge remedy and enforcement of fiduciary obligations.

All rights reserved without prejudice under UCC 1-308 and preserved in trust.

Respectfully submitted,

By: *[signature]*

Erica Ann Montgomery

Defendant-in-Propria Persona


By: *[signature]*

Chris Magis Nero

Private Attorney General

Special Counsel for Erica Ann Montgomery

2

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached Filing Packet, including the Notice of Removal and State Filing Notice, was served on May 23, 2025, via personal delivery or U.S. Mail to the following parties:

- Clerk of Court, Yavapai County Superior Court
2840 Commonwealth Drive
Camp Verde, Arizona 86322

- Office of the Prosecutor
Yavapai County Attorneys Office

- Clerk of the Court
United States District Court
Prescott Division – District of Arizona

By: *(signature)*
Erica Ann Montgomery, In Propria Persona

By: *(signature)*
Chris Magis Nero, Private Attorney General

3

YAVAPAI COUNTY ATTORNEY'S OFFICE
Firm No. 00048700
Matthew Polk, SBN 031523
Deputy County Attorney
2830 North Commonwealth Drive, Suite 106
Camp Verde, AZ 86322
(928) 567-7717
ycao@yavapaiaz.gov

Attorneys for STATE OF ARIZONA

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF YAVAPAI

| STATE OF ARIZONA, | CAUSE NO. S1300CR202380567 |
|---|---|
| Plaintiff, | STATE'S RESPONSE TO DEFENDANT'S NOTICE AND DEMAND FOR COUNSEL OF CHOICE |
| vs. | |
| ERICA ANN MONTGOMERY, | |
| Defendant. | Assigned to Hon. Michael R. Bluff |

1   The State of Arizona, by and through Dennis M. McGrane, Yavapai County
2   Attorney, and his deputy undersigned, or course agrees that Defendant is entitled to
3   counsel of her choice so long as that person is a licensed attorney. "Except as provided in
4   Rule 31.3, a person, entity, or ABS who is not authorized to practice law in Arizona
5   under Rule 31.1(a), (c), or Rule 31.3 must not… engage in the practice of law or provide
6   legal services in Arizona." AZ ST S CT Rule 31.2. It does not appear that Steven-Lee
7   McMillan is a licensed attorney. Therefore, Mr. McMillan may not act as counsel of
8   record in this matter.
9   It is also not exactly clear what Defendant is requesting Mr. McMillan be allowed
10  to do, but a similar request appears to have been addressed in a memorandum decision in
11  Division 2 of the Arizona Court of Appeals. Where it was clear the defendant sought non-
12  attorney counsel, "[t]he trial court did not abuse its discretion in denying Gordon a non-

## COUNT 2
## AGGRAVATED ASSAULT

ERICA ANN MONTGOMERY, on or about November 3, 2023, knowing, or having reason to know, that Catherine Beers was a peace officer, recklessly did cause physical injury to Catherine Beers, a peace officer, in violation of A.R.S. §§ 13-1203, 13-1204(A)(8)(a), 13-701, 13-702, and 13-801, a class 4 Felony.

## COUNT 3
## AGGRAVATED ASSAULT

ERICA ANN MONTGOMERY, on or about November 3, 2023, knowing, or having reason to know, that Jesse Santos was a peace officer, knowingly did touch Jesse Santos, a peace officer, with the intent to injure, insult or provoke him (striking with fists), in violation of A.R.S. §§ 13-1203, 13-1204(A)(8)(a), 13-701, 13-702, and 13-801, a class 5 Felony.

## COUNT 4
## RESISTING ARREST

ERICA ANN MONTGOMERY, on or about November 3, 2023, intentionally prevented or attempted to prevent Catherine Beers and/or Jesse Santos, persons reasonably known to her to be peace officers, acting under color of their official authority, from effecting an arrest by using or threatening to use physical force against the peace officer, in violation of A.R.S. §§ 13-2508(A)(1), 13-701, 13-702, and 13-801, a class 6 Felony.

11/09/2023

Dennis M. McGrane
Yavapai County Attorney

By: /s/ Dampre

A TRUE BILL
(Foreman writes "A True Bill")

Foreman of the Grand Jury

-2-

Name: ERICA MONTGOMERY
Mailing Address: 2440 SANBORN
Sedona AZ
Daytime Telephone No.: 602-677-5595
Representing Self, without a Lawyer

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
**IN AND FOR THE COUNTY OF YAVAPAI**

STATE OF ARIZONA
Petitioner/Plaintiff

vs

ERICA MONTGOMERY
Respondent/Defendant

Case No. 1300

MOTION TO CONTINUE/
MOTION TO DISMISS/
MOTION TO _____

DIVISION: _____

[ ] Oral Argument Requested

**ORDER SOUGHT:** The undersigned party moves that the Court enter the following order: to CONTINUE arraignment scheduled on Nov. 17th 2023 to a date convienient of the court's future schedule. I have not yet secured legal council.

**GROUNDS:** The procedural rule upon which this motion is based is ON 6TH & 14TH AMMENDMENT, and the substantive legal and factual grounds justifying the entry of the above order are contained in

[ ] A memorandum of legal points, statutes and authorities attached as Exhibit _____
[ ] Affidavits attached as Exhibits _____
[ ] Documents attached as Exhibits _____
[X] Other documentation as follows: SEEKING LEGAL COUNSEL

Nov 16th 2023
Date

_____
Signature

Copy of this pleading mailed to:
Name: ERICA MONTGOMERY
Address: 2440 SANBORN DR
City, State, Zip: Sedona AZ 86336
By: _____

Date mailed: _____

F:\Clerks\Forms\Free Forms\Motion Multipurpose and Order (12/28/12)

 

CITY OF SEDONA, ARIZONA POLICE DEPARTMENT
Records Section, 100 Roadrunner Drive
Sedona, AZ 86336

# PUBLICE RECORDS REQUEST

| YOUR NAME: ERICA MONTGOMERY | Phone #: 602.677.5595 | | |
|---|---|---|---|
| ADDRESS: 2440 SAN BORN DR | City: Sedona | State: AZ | Zip: 86336 |

I hereby certify under penalty of perjury that the requested records will not be used for commercial purpose as defined in ARS 39.121.03

Your signature: [signed]   Date: 11-20-23

*The following information is required before a records search will be conducted for your information.*
PLEASE "PRINT" CLEARLY

Purpose of Request: [X] Victim  [ ] Witness  [ ] Insurance Claim  [ ] Commercial
( ) Other: I HEREBY REQUEST THE BODY CAM, CAR CAM & AUDIO FOR ALL PATROL CARS ON SITE that NIGHT from 9:45 pm Nov 3 2023 till the END of ALL SHIFT for ALL WHO WERE PRESENT

Police Report Number: CF2023000536, 230014050, J-1302-CF-2023000536, S-1300-CR-20230567

Date & Time Reported to Police: 11.3.23 @ 22:02

Exact Date, Time, Location of Incident: WSR 89A & SOLDIERS PASS Rd in front of TAMALIZA PARKING LOT

Person's name on Record: ERICA MONTGOMERY
Date of Birth: 10.19.1977

Nature of Incident:
[ ] Accident  [ ] Adult Contact Records Search
[X] Assault  [ ] Burglary  [ ] Domestic Violence
[ ] Theft  [ ] Other:

**The cost for copies is as follow:**
- $10.00 per Police Report up to 20 pages; plus $0.25 per page over 20 pages
- $8.00 per Accident Report up to 20 pages; plus $0.25 per page over 20 pages
- $15.00 per CD
- $15.00 per hour Data Analysis Reports

Note: If it appears from your request that the cost of reproducing documents or electronic copies will be more than $25.00, the City will submit an estimate of such costs and will require payment prior to producing the requested documents. Upon fulfilling your request, the City will calculate the actual cost of the requested documents and will either reimburse you for overages paid or will require full payment of the balance before releasing the releasing the requested documents.

REQUESTER, DO NOT WRITE BELOW THIS LINE

Amount Received $_____ Payment received in form of: Cash _____ Check _____ Other _____

Initials & I.D. # of employee receiving request:

Date: _____ Mail Record _____ Will Pick-Up _____

( ) Enclosed is the Sedona Adult Contact Record you requested.
( ) Enclosed is the record you requested. The record was not edited.
( ) Per Arizona Supreme Court guidelines, the attached record has been edited due to:

( ) Ongoing criminal investigation.
( ) Privacy right of individuals named.
( ) Confidentiality rights of individuals named within.
( ) The release of investigative techniques or other matters may be detrimental to the best interest of the State.

( ) This incident occurred out of Sedona Police jurisdiction. Contact _____
( ) Other

Initials & I.D. # of Records Tech Processing:

Date Processed: _____   Mailed Record Request ____ Placed at pick-up window ____ Email ____

YAVAPAI COUNTY ATTORNEY'S OFFICE
Firm No. 00048700
Mike Morrison, SBN 005333
Deputy County Attorney
255 East Gurley Street
Prescott, AZ 86301
(928) 777-7355
ycao@yavapaiaz.gov

FILED

NOV 0 7 2023

Verde Valley
Justice Court

Attorneys for STATE OF ARIZONA

## IN THE VERDE VALLEY JUSTICE COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF YAVAPAI

| STATE OF ARIZONA, | NO. CF2023000536 |
|---|---|
| Plaintiff, | **Rule 123 Does Not Apply** |
| vs. | DR.230014050 |
| ERICA ANN MONTGOMERY, | VICTIM - COMPLAINT |
| Defendant. | FELONY |

1  The Complainant, **Mike Morrison**, complains on information and belief against
2  **Erica Ann Montgomery**, charging that in Verde Valley Precinct, Yavapai County,
3  Arizona:

4  **COUNT 1**
5  **AGGRAVATED ASSAULT PER DANGEROUS**
6  ERICA ANN MONTGOMERY, on or about November 3, 2023, using a crowbar and/or a
7  metal object, a deadly weapon or dangerous instrument, intentionally, knowingly, or
8  recklessly did cause a physical injury to Jesse Santos, a peace officer engaged in official
9  duties, in violation of A.R.S. §§ 13-1203, 13-1204(A)(2), 28-3304, 28-3001, 28-3004, 28-
10 3005, 28-3315, 13-701, 13-702, and 13-801, a class 2 Felony.
11 The State further alleges that the offense charged in this count is a dangerous felony
12 because the offense involved the discharge, use, or threatening exhibition of a crowbar
13 and/or a metal object, a deadly weapon or dangerous instrument, in violation of A.R.S. §§
14 13-105 and 13-704.

## COUNT 2
## AGGRAVATED ASSAULT

ERICA ANN MONTGOMERY, on or about November 3, 2023, knowing, or having reason to know, that Catherine Beers was a peace officer, recklessly did cause physical injury to Catherine Beers, a peace officer, in violation of A.R.S. §§ 13-1203, 13-1204(A)(8)(a), 13-701, 13-702, and 13-801, a class 4 Felony.

## COUNT 3
## AGGRAVATED ASSAULT

ERICA ANN MONTGOMERY, on or about November 3, 2023, knowing, or having reason to know, that Jesse Santos was a peace officer, knowingly did touch Jesse Santos, a peace officer, with the intent to injure, insult or provoke him (striking with fists), in violation of A.R.S. §§ 13-1203, 13-1204(A)(8)(a), 13-701, 13-702, and 13-801, a class 5 Felony.

## COUNT 4
## RESISTING ARREST

ERICA ANN MONTGOMERY, on or about November 3, 2023, intentionally prevented or attempted to prevent Catherine Beers and/or Jesse Santos, persons reasonably known to her to be peace officers, acting under color of their official authority, from effecting an arrest by using or threatening to use physical force against the peace officer, in violation of A.R.S. §§ 13-2508(A)(1), 13-701, 13-702, and 13-801, a class 6 Felony.

RESPECTFULLY SUBMITTED this 7th day of November, 2023.

SigPlus1

By: _[signature]_  11/07/2023 12:18:39 pm
Mike Morrison
Deputy County Attorney

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF YAVAPAI

| | | |
|---|---|---|
| STATE OF ARIZONA | ) S1300CR202380567 | **FILED** |
| | ) 1300CR | Date: **November 8, 2023** |
| vs | ) Div. **SPT** Date **November 8, 2023** | **5** o'clock **P.M.** |
| | ) Hon. **JOHN W. ERICKSON** | Donna McQuality, Clerk |
| ERICA ANN MONTGOMERY | ) | By: **K. BICKEL** |
| (Defendant)  [D- ] | ) **EARLY DISPOSITION COURT** | Deputy |
| | [MINUTE ENTRY: EARLY DISPOSITION COURT] | |

Advisement: START TIME: **8:08** a.m.   END TIME: **8:14** a.m.
Hearing:       START TIME: **9:00** a.m.   END TIME: **10:01** a.m.
                                              Victim case : [X] yes  [ ] no

County Attorney/~~Attorney General~~ is represented by **Mike Morrison** _____ via [ ] phone [ ] video [ ] TEAMS
Defendant is / ~~is not~~ present ([ X ] in custody) via [ ] phone [ ] video [ ] TEAMS [ ] Defendant's presence is waived.
Defendant is represented by **Anthony Petty for K. Countryman** present via [ ] phone [ ] video [ ] TEAMS

[ ] IT IS ORDERED: Warrant shall issue: Nationwide/Statewide/Surrounding states, $_____ cash/surety bond.
[ ] Defendant requests Court-appointed counsel; is/is not sworn; is questioned as to indigency.
[ ] THE COURT FINDS Defendant is/is not indigent.
[ ] IT IS ORDERED: appointing the Yavapai County Public Defender/Contract Administrator to represent Defendant.
[ ] Defendant must Pay $25.00 Public Defender Fee to Clerk of Superior Court If Not Already Paid [ ] within 30 days
[ ] IT IS ORDERED the Clerk shall correct the Defendant's name on Court records to
_____

[ ] Request for Rule 11 Evaluation made by [ ] Defense [ ] Court [ ] County Attorney
[ ] Court orders appointing _____ to conduct [ ] Rule 11 Prescreen [ ] Full Rule 11 Eval. [AE]
[ ] Defendant rejects the Plea Offer.
[ ] Defendant requests a Preliminary Hearing.
[ ] Defendant Waives Preliminary Hearing and Rule 13.2  [ ] Defense has 10 days to file the waiver.
[ ] Assigning this matter to Division _____ Case Master [ ]
[ ] The State shall file an Information within 10 days.

IT IS ORDERED  [X] setting    [ ] continuing:
[ ] Early Disposition Hearing on _____, 20__, at ____.m. in EDC  [AE]
[ ] Arraignment on _____, 20__, at ____.m. in Div. ___ [AE / AE]
[X] Preliminary Hearing on **Nov 9**, 20**23**, at **4:00 P**.m. in Div. **1** [AE]
[ ] Status Conference on _____, 20__, at ____.m. in Div. ___ [AE]
[ ] DEFENDANT IS ADVISED OF THE CONSEQUENCES OF FAILURE TO APPEAR

Time is/will be [ ] excluded [ ] not excluded [ ] pursuant to Rule 8 [ ] pursuant to Rule 11 [ ] waived for Preliminary Hearing
[ ] The State will leave the plea offer open.          [ ] Defendant shall stay in contact with his/her attorney.
[ ] The plea offer is withdrawn.                       [ ] Defendant shall have no contact with victim(s).
[X] Confirming the conditions of release previously set. [X] Denying request to modify release conditions.
[ ] Modifying release conditions _____ [AE]
[X] **Defense requests to modify release conditions. Victim rights have not been complied with.**
_____

| | | | |
|---|---|---|---|
| [X] County Atty. (e) | [X] Def Atty. **Ken Countryman(e)** | [X] PD(e) | Court Clerk **K. BICKEL** |
| [ ] AG (e) | [X] YCSO: Detention Records (e) | | Court Reporter **FTR GOLD** |
| [X] Div **1** (e) | [ ] Sheriff Warrants (e) | | |
| [ ] Financial Services (e) | [ ] PT Services (e) | | Interpreter _____ |
| [ ] Court Admin – INT (e) | [X] Other **Anthony Petty (e)** | | |
| [ ] Victim Services (e) | [ ] Bond Poster (warrant issued _____) | | TOTAL **0** |
| [X] EDC JA (e) | | | EDC HRG Rev. 4/24/2023 |

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF YAVAPAI

STATE OF ARIZONA ) S1300CR202380567
) ___1300CR_____
vs ) Div. _1_ Date _November 17, 2023_
) Hon. _Thomas Kelly for Michael P. McGill_
) **ARRAIGNMENT** [Minute Entry: Arraignment]
ERICA ANN MONTGOMERY )
Defendant          [D-1]          START TIME: ___11:04 a.m.___ END TIME: ___11:07 a.m.___
Victim case: [X] yes  [ ] no

**FILED**
Date: **November 17, 2023**
_5_ o'clock _P.M._
Donna McQuality, Clerk
By: _T. Pocius_
Deputy

County Attorney/~~Attorney General~~ is represented by _Jonathan Hale_____ via [ ] phone [ ] video [X] TEAMS
Defendant is /~~is not~~ present ~~([ ] in custody) via [ ] phone [ ] video [ ] TEAMS~~
Defendant is represented by _Kenneth Countryman_____ present via [ ] phone [ ] video [X] TEAMS

    [ ] Defendant **is not** present but has signed and filed a written notarized waiver of personal appearance and entry of not guilty plea as required by Rule 14.2, of the Ariz.R.Crim.P.

[ ] Defendant requests Court-appointed counsel; is / is not sworn; is questioned as to indigency.
    [ ] **IT IS ORDERED** [ ] appointing [ ] confirming [ ] Yavapai County Public Defender / Contract Administrator to provide representation for the Defendant.  [ ] Denying the Defendant's request for Court-appointed counsel.
[ ] Defendant is advised of the right to a jury trial.
[ ] Defendant states his/her name is / is not correct on the Indictment/Information, waives its reading, enters a plea of
    [ ] **NOT GUILTY** [ ] **GUILTY** [ ] **NO CONTEST** to the charges set forth therein.
[ ] Counsel requests the matter be sent to the Trial Division. The State does/does not object.
[ ] Counsel requests the matter remain in Div. 1 for a Pretrial Conference in _____ days. The State does/does not object.
[X] The Court has been provided with Defense Counsel Countryman's Motion to Withdraw as Counsel of Record.

**IT IS ORDERED** [ ] setting  [X] continuing  [ ] confirming:
[ ] Pretrial Conference on _____, 20____, at _____.m., in Div. _____  [AE]
[ ] PTC/Settlement Conf./Poss. Change of Plea _____, 20____, at _____.m., in Div. _____
[ ] Case Management Conference on _____, 20____, at _____.m., in Div. _____  [AE]
[ ] Status Conference on _____, 20____, at _____.m., in Div. _____
[X] Arraignment   _December 22, 2023, at 11:00 a.m., in Div. 1_

[X] The Defendant is advised of the consequences of failure to appear. [ ] Defendant must appear in person at the next hearing.
[ ] The State [ ] Defense Counsel requests to appear remotely at the next hearing.  [ ] The request is denied.
**IT IS ORDERED:** [ ] The State [ ] Defense Counsel [ ] Defendant  **may appear remotely at the next hearing.**

Time is /~~will be~~ [X] excluded [ ] non-excluded [ ] pursuant to Rule 8 [ ] pursuant to Rule 11 [ ] by waiver of Defendant

[ ] Counsel is directed to confer and file a report with the Court pursuant to Rule 16.4 prior to next hearing.
[ ] Defendant waives Rule 15.8 disclosure.  [ ] Rule 15.8 does not apply.  [ ] Rule 8 time is set at _____

**IT IS ORDERED:**
[ ] Defendant to be assessed by Pretrial Services.
[X] confirming existing release conditions.    [ ] denying request to modify release conditions.
[ ] modifying release conditions to _____ [AE]
[ ] The Court advises defendant of the right to be present at all proceedings, that all proceedings other than sentencing may be held in defendant's absence and he/she may be charged with an offense and a warrant issued without further notice.
[ ] Defendant is further advised that if his/her absence prevents sentencing from occurring within 90 days after conviction, Defendant may lose the right to have an appellate court review the proceeding by way of a direct appeal.
[X] **IT IS ORDERED** GRANTING Defense Counsel Countryman's Motion to Withdraw.

| | | |
|---|---|---|
| [X] County Atty (e) [ ] AG (e) | [X] Def Atty _Kenneth Countryman_(e) [ ] PD (e) | Court Clerk _T. Pocius_____ |
| [X] Victim Services (e) |     Pretrial Services (e) | |
| [X] Div. _1 & SPT_ (e) [ ] w/file |     YCSO: Detention Records (e) | Court Reporter _FTR Gold_____ |
|     Financial Services (e) | [X] Other _Div. 7_ (e) | |
| [ ] Court Admin – INT (e) |     Notice of Exhibit Deadline provided | Interpreter _____ |

TOTAL    0                                    Arraignment Rev. 12/29/2022

YAVAPAI COUNTY ATTORNEY'S OFFICE
Firm No. 00048700
Mike Morrison, SBN 005333
Deputy County Attorney
255 East Gurley Street
Prescott, AZ 86301
(928) 777-7355
ycao@yavapaiaz.gov

Attorneys for STATE OF ARIZONA

FILED
_11_ O'Clock _a_.M.

NOV 09 2023 ✓

DONNA McQUALITY, Clerk
C BARTON
By: _____

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF YAVAPAI

| | |
|---|---|
| STATE OF ARIZONA, <br><br> Plaintiff, <br><br> vs. <br><br> **ERICA ANN MONTGOMERY**, <br><br> Defendant. | **INDICTMENT** <br><br> Grand Jury No. 238-GJ-235275 <br><br> NO. S1300CR202380567 <br><br> DIVISION __7__ |

1  The Grand Jurors of Yavapai County, Arizona, accuse ERICA ANN
2  MONTGOMERY, charging that in Verde Valley Precinct, Yavapai County, State of Arizona:

3
4  <u>COUNT 1</u>
5  **AGGRAVATED ASSAULT**

6  ERICA ANN MONTGOMERY, on or about November 3, 2023, using a crowbar
7  and/or a metal object, a deadly weapon or dangerous instrument, intentionally, knowingly, or
8  recklessly did cause a physical injury to Jesse Santos, a peace officer engaged in official
9  duties, in violation of A.R.S. §§ 13-1203, 13-1204(A)(2), 28-3304, 28-3001, 28-3004, 28-
10 3005, 28-3315, 13-701, 13-702, and 13-801, a class 2 Felony.

11  The State further alleges that the offense charged in this count is a dangerous felony
12 because the offense involved the discharge, use, or threatening exhibition of a crowbar and/or
13 a metal object, a deadly weapon or dangerous instrument, in violation of A.R.S. §§ 13-105
14 and 13-704.